**FILED**

NOV 0 8 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH WARRANT FOR:<br><br>**9735 N Street, Live Oak, California** | CASE NO. 2:19-SW-998-KJN<br><br>SEALING ORDER<br><br>**UNDER SEAL** |
|---|---|

## ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

Dated: Nov. 8, 2019

Hon. KENDALL J. NEWMAN
United States Magistrate Judge